AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM MCCALL CALHOUN JR.<br><br>*Defendant(s)* | ) Case: 1:21-mj-00040<br>) Assigned to: Judge Zia M. Faruqui<br>) Assigned Date: 1/12/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry or Disorderly Conduct |
| 18 U.S.C. 1512(c)(2) | Tampering With a Witness, Victim, or an Informant |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan E. Genry, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone.

Date: 01/12/2021

_____
*Judge's signature*

City and state: Washington, D.C.    Hon. Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*