IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM MCCALL CALHOUN, JR. | Case No.: 5:21-mj-00008-CHW-1 |

NOTICE OF APPEARANCE

**COMES NOW** undersigned counsel, Timothy R. Saviello, who hereby enters his appearance as counsel on behalf of *William McCall Calhoun, Jr.,* in the above-styled case. All future notices of filings and proceedings should be directed to him.

Dated this 19th day of January 2021.

Respectfully submitted,

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org

## **CERTIFICATE OF SERVICE**

I, Timothy R. Saviello, hereby certify that on January 19, 2021, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org