USA  
v  
WILLIAM MCCALL CALHOUN, JR.

CASE NO: 5:21-MJ-00008-CHW-1



Defendant's Exhibits

|   |   |   |   |
|---|---|---|---|
| 1 | Email | Saviello | yes |
| 2 | Affidavits | Saviello | yes |
|   |   |   |   |
| 6 | Audio-Voicemails from Office | Saviello | yes |
| 7 | Audio-Voicemails from Office | Saviello | yes |
| 8 | Audio-Voicemails from Office | Saviello | yes |
| 9 | Audio-Voicemails from Office | Saviello | yes |
| 10 | Audio-Voicemails from Office | Saviello | yes |
|   |   |   |   |
| 3 | Affidavit - Secretary | Saviello | yes |
| 4 | Affidavit - Lawyer | Saviello | yes |
| 5 | Affidavit - Lawyer | Saviello | yes |
|   |   |   |   |
|   |   |   |   |
| Witness | Mary Calhoun, Sister of Defendant |   |   |