

## UNITED STATES v. CALHOUN

## 5:21-mj-8

## DEFENSE EXHIBIT 1 (en globo)(24pp)

**From:**       McCall Calhoun
**To:**         Tim Saviello
**Subject:**    Fwd: America
**Date:**       Monday, January 18, 2021 12:34:33 PM

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: Robert ██████████████████
Date: Sat, Jan 9, 2021 at 12:03 PM
Subject: America
To: <wmcalhoun@gmail.com>

It's not yours you old fuck!

I hope you're jail time is spent in reflection on how unAmerican and
anti-democratic your actions have been. You're a liar and a terrible
himan being! You don't deserve America! You selfish disgusting gross
pig of a man!

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Disbarment |
| **Date:** | Monday, January 18, 2021 12:41:40 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: clinton ███████████
Date: Sat, Jan 9, 2021 at 8:46 PM
Subject: Disbarment
To: <wmcalhoun@gmail.com>


Given your self-admitted involvement with the capitol insurrection I
will be seeking your immediate disbarment as you are clearly unfit to
be an officer of the court.

Sent from my iPhone


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com


CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Form Message |
| **Date:** | Monday, January 18, 2021 12:40:04 PM |

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: form-processor <no-reply@████████████████
Date: Sat, Jan 9, 2021 at 12:10 PM
Subject: Form Message
To: <wmcalhoun@gmail.com>, ████████████████

Form Response Notification

The following form has been submitted from your website -
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=http%3a%2f%2fwww.lawyeramericusga.com&umid=ff64dae0-e7b1-461b-9edb-
8ad61667e880&auth=469cd06ad3e9ba9f754cc426c6eadb204fd4275a-
fdf74a7d544d83e09a080300860312a249d07c77.
First Name: Chris
Last Name: Tinley
Phone: 3617268164
Email: cal8oriole@msn.com
Message: "They learned that today when we stormed the Capitol and took
it. The word is we're all coming back armed for war."

Fuck off you crazy conspiracy theory peddling seditious old grit!

Reply to customer

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify

us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

**From:**        McCall Calhoun
**To:**          Tim Saviello
**Subject:**     Fwd: Form Message
**Date:**        Monday, January 18, 2021 12:39:50 PM

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: form-processor <no-reply█████████████████
Date: Sat, Jan 9, 2021 at 7:45 AM
Subject: Form Message
To: <wmcalhoun@gmail.com>, ████████████████

Form Response Notification

The following form has been submitted from your website -
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=http%3a%2f%2fwww.lawyeramericusga.com&umid=f2644c4d-71c4-4a75-8dc6-
15af3f06000b&auth=c23c11972c2c4ab21c2fd0c168c849a17d0dab6f-
ef657d2ffb0ded21c84e202f7f5325e3a8700452.
First Name: Honest
Last Name: Citizen
Phone: 9123580582
Email: integrity@yahoo.com
Message: You are scum of the earth. You'll rot in hell.

Reply to customer

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Form Message |
| **Date:** | Monday, January 18, 2021 12:39:27 PM |

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: form-processor <no-reply@multiscreensite.com>
Date: Sat, Jan 9, 2021 at 3:30 PM
Subject: Form Message
To: <wmcalhoun@gmail.com>, █████████████

Form Response Notification

The following form has been submitted from your website -
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=http%3a%2f%2fwww.lawyeramericusga.com&umid=007f6603-8aab-45ce-b4de-
6a921132e492&auth=bec95bb04d477d63c3696379ef76b1cafb36c819-
a72bb6450d732d400d7aa3242378f38c5cd0d132.
First Name: Michael
Last Name: Hollifield
Phone: 678-549-7855
Email: mhollifield@bellsouth.net
Message: I am waiting to see how many charges are submitted against
this jackass and joke lawyer McCall Calhoun. I think ten years is good
for a start.

Reply to customer

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify

us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Form Message |
| **Date:** | Monday, January 18, 2021 12:39:04 PM |

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: form-processor <no-reply██████████████
Date: Sat, Jan 9, 2021 at 3:44 PM
Subject: Form Message
To: <wmcalhoun@gmail.com>, ███████████████


Form Response Notification

The following form has been submitted from your website -
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=http%3a%2f%2fwww.lawyeramericusga.com&umid=10c2c0ed-a713-4675-b541-
9dbd8300182d&auth=600237da04ca3588fcf99e3b26a91c0c93adf396-
10b78f826f480f309d06df295be10a0c54735209.
First Name: Mccall
Last Name: Calhoun
Phone: 911-911-9111
Email: tips@fbi.gov
Message: You will die of old age in prison you treasonous cunt.

Reply to customer


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com


CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

**From:** McCall Calhoun
**To:** Tim Saviello
**Subject:** Fwd: Form Message
**Date:** Monday, January 18, 2021 12:40:34 PM

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: form-processor <no-reply█████████████████
Date: Sat, Jan 9, 2021 at 12:17 PM
Subject: Form Message
To: <wmcalhoun@gmail.com>, █████████████████

Form Response Notification

The following form has been submitted from your website -
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=http%3a%2f%2fwww.lawyeramericusga.com&umid=15c3fe3e-892f-4aec-92d8-
9e7a4b72f8cb&auth=600237da04ca3588fcf99e3b26a91c0c93adf396-
640b27439a542d427f12a54973a4ebcc0d8b27c0.
First Name: Chris
Last Name: Tinley
Phone: 3617268164
Email: cal8oriole@msn.com
Message: One other thing motherfucker, The proper way to address
Kamala Harris as Madam Vice President, get used to it you inbred
dipshit.

Reply to customer

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the

sender of the message and delete this message and all attachments, including all copies or backups thereof, from your system. Thank you.

000010

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: HAVE FUN BEING DISBARRED & ARRESTED! |
| **Date:** | Monday, January 18, 2021 12:34:17 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: Frank ███████████████
Date: Sat, Jan 9, 2021 at 11:19 AM
Subject: HAVE FUN BEING DISBARRED & ARRESTED!
To: wmcalhoun@gmail.com <wmcalhoun@gmail.com>

You fell for conspiracy theories about the election, and now you are
going to lose your law license and freedom.

I hope it was worth it, you gullible dumbass!!!

ha ha ha ha ha ha ha ha ha!!

Sent with ProtonMail Secure Email.

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Hi |
| **Date:** | Monday, January 18, 2021 12:33:48 PM |

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: <ssuroya█████████
Date: Sat, Jan 9, 2021 at 8:18 AM
Subject: Hi
To: <wmcalhoun@gmail.com>


Fuck you


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com




CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Justia Lawyer Directory | Agent Smith contacted you |
| **Date:** | Monday, January 18, 2021 12:32:52 PM |

William McCall Calhoun

emails

---------- Forwarded message ---------
From: **Agent Smith** <contactforms ███████
Date: Sat, Jan 9, 2021 at 4:03 AM
Subject: Justia Lawyer Directory | Agent Smith contacted you
To: "McCall Calhoun Jr" <wmcalhoun@gmail.com>



**Hi McCall Calhoun Jr,**

Agent Smith found your profile in the Justia Lawyer Directory and sent you the following message:

*You have committed sedition against a joint session of Congress. Your law practice is over and you will be disbarred. Practice up on your Blowjob skills, McCall, as you will be popular in prison.*

**Agent Smith**
Tips@fbi.gov
4046563300

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

Increase your profile's visibility with a Premium Featured Placement.

The Justia & Legal Information Institute (LII) Lawyer Directories increase your visibility on the internet with a professional, full-featured attorney profile. We also offer enhanced client contact forms, as well as premium placements that deliver your profile to potential clients searching for a lawyer in your practice area and geographical location.

**Introducing Platinum Placements**
Exclusive Top Placements, Only One Available.
Learn More Now

Platinum placements

CONFIDENTIALITY NOTICE: This e-mail message and all attachments thereto, which originate from the law office of W. McCall Calhoun, Jr., are intended solely for the use of the intended recipient or entity and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any reading, disclosure, dissemination, distribution, copying or other use of this message is strictly prohibited. If you have received this message in error, please notify us immediately by replying to wmcalhoun@gmail.com or the sender of the message and delete this message and all attachments, including all copies or backups thereof, from your system. Thank you.

Contact Us | Privacy Policy

<u>(888) 587-8421</u>
<u>directorysupport@justia.com</u>

This form was sent from your <u>Justia Lawyer Directory profile</u>.

**Justia | 1380 Pear Ave, Suite 2B, Mountain View, CA 94043**

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Redneck pussy |
| **Date:** | Monday, January 18, 2021 12:40:43 PM |

William McCall Calhoun
threatening emails

---------- Forwarded message ---------
From: dolphin████████████████████████
Date: Sat, Jan 9, 2021 at 7:33 PM
Subject: Redneck pussy
To: wmcalhoun@gmail.com <wmcalhoun@gmail.com>


You fucking piece of redneck shit. You will be disbarred motherfucker.
Enjoy selling cars, faggot! Cocksucking bitch. Be a fucking shame if
somebody came at you cunt.


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com



CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: Sedition |
| **Date:** | Monday, January 18, 2021 12:36:40 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: Linda ███████████████
Date: Sat, Jan 9, 2021 at 12:18 PM
Subject: Sedition
To: <wmcalhoun@gmail.com>


Fingers crossed you are
1.  Arrested soon
2. Disbarred
You are a criminal

Sent from my iPhone


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com


CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: the MAGA attack on the United States Capitol |
| **Date:** | Monday, January 18, 2021 12:42:52 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: McCall Calhoun <wmcalhoun@gmail.com>
Date: Sat, Jan 9, 2021 at 8:57 PM
Subject: Re: the MAGA attack on the United States Capitol
To: JAMES FINKELSTEIN <jnfinkelstein@bellsouth.net>

You need psychiatric help. Do not contact this office again for any reason.

Sent from my iPhone

On Jan 6, 2021, at 8:39 PM, JAMES ███████████
<███████████████████ wrote:

Mr. W. McCall Calhoun Jr.
423 S Lee Street
Americus, GA 31709

wmcalhoun@gmail.com
(229) 380-0569

Dear Mr. Calhoun,

   I am writing to inquire if your Facebook posts (see attached) are from you, and if so, if you contend that you were in the Capitol building in Washington D.C. today as part of a mob to storm the Capitol with violence, resulting in the death of at least one human being.

   If it was you, I am asking the District Attorney in the Southwestern Circuit to forward your information to the United States Attorney for the District of Columbia for prosecution for felony murder and treason.   If it was not you, then I strongly suggest you take action to protect yourself from a criminal prosecution.   If it was you, then I would urge you to turn yourself in to the police in the District of Columbia.

   Sincerely yours,



&lt;HP 2 McCall Calhoun .png&gt;
&lt;HP McCall Calhoun .png&gt;


--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com


CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: turn yourself in to US marshals or the closest FBI field office now |
| **Date:** | Monday, January 18, 2021 12:43:42 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: **Chris** ███████████████
Date: Sun, Jan 10, 2021 at 11:30 AM
Subject: turn yourself in to US marshals or the closest FBI field office now
To: wmcalhoun@gmail.com <wmcalhoun@gmail.com>


What you told the Atlanta Journal Constitution don't mean shit. Not only did you admit to taking place in a "hostile takeover of the Capitol building" you documented your crime word for word on Facebook.





We occupied the Capitol and shut down the Government - we shut down their stolen election shenanigans.

I was there and saw it all. My buddy Andy Nalley and I were in the first two hundred to rush up the steps and inside after the Vanguard had clashed hard with the police and had made them retreat. … See More

Sent from Mail for Windows 10

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments thereto, which originate from the law office of W. McCall Calhoun, Jr., are intended solely for the use of the intended recipient or entity and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any reading, disclosure, dissemination, distribution, copying or other use of this message is strictly prohibited. If you have received this message in error, please notify us immediately by replying to wmcalhoun@gmail.com or the sender of the message and delete this message and all attachments, including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: What the hell? |
| **Date:** | Monday, January 18, 2021 12:33:56 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: SHERI ███████████████
Date: Sat, Jan 9, 2021 at 11:08 AM
Subject: What the hell?
To: <wmcalhoun@gmail.com>

I am a member of the ga bar and your behavior demeans all of us.  I
look forward to your disbarment and your facing criminal charges.

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.

| | |
|---|---|
| **From:** | McCall Calhoun |
| **To:** | Tim Saviello |
| **Subject:** | Fwd: |
| **Date:** | Monday, January 18, 2021 12:41:04 PM |

William McCall Calhoun
emails

---------- Forwarded message ---------
From: Sam ████████████████
Date: Sat, Jan 9, 2021 at 8:40 PM
Subject:
To: <wmcalhoun@gmail.com>

I hope you get disbarred. Maybe if you lose your privilege to
practice, you will have time you remember what you learned in law
school. Until then, I hope you spend your last dime defending yourself
against felony murder charges, as well as sedition, burglary, mail
theft, assault, etc. I can only imagine how many charges there will
be. And you will get no consideration for being one of Trump's
undereducated dupes. Hurray for you.

--
McCall Calhoun

W. McCall Calhoun, Jr.
423 South Lee Street
Americus, Georgia 31709
tel. (229) 380-0569
wmcalhoun@gmail.com

CONFIDENTIALITY NOTICE: This e-mail message and all attachments
thereto, which originate from the law office of W. McCall Calhoun, Jr.,
are intended solely for the use of the intended recipient or entity
and may contain legally privileged and confidential information. If
the reader of this message is not the intended recipient, you are
hereby notified that any reading, disclosure, dissemination,
distribution, copying or other use of this message is strictly
prohibited. If you have received this message in error, please notify
us immediately by replying to wmcalhoun@gmail.com or the
sender of the message and delete this message and all attachments,
including all copies or backups thereof, from your system. Thank you.



**DEFENDANT'S EXHIBIT**

 **Gmail**

McCall Calhoun <wmcalhoun@gmail.com>

---

## Form Message

5 messages

---

**form-processor** <no-reply@multiscreensite.com>       Wed, Jan 20, 2021 at 9:08 AM
To: wmcalhoun@gmail.com, katie@staylisted.com

Form Response Notification

The following form has been submitted from your website - http://www.lawyeramericusga.com.
First Name: Concerned
Last Name: Citizen
Phone: ▉▉▉▉▉▉▉▉
Email: ▉▉▉▉▉▉▉▉
Message: Shame on you. Are you 12? Storming the Capital with your uninformed, conspiracy theorist goons has exposed you for the dangerous fool you are. Go crawl under a rock.

Reply to customer

---

**form-processor** <no-reply@multiscreensite.com>       Wed, Jan 20, 2021 at 9:30 AM
To: wmcalhoun@gmail.com, katie@staylisted.com

Form Response Notification

The following form has been submitted from your website - http://www.lawyeramericusga.com.
First Name: Phillip
Last Name: ▉▉▉▉
Phone: ▉▉▉▉▉▉▉
Email: ▉▉▉▉▉▉▉
Message: It's cool that the violent left can find you so easily online. It'll give you a chance to show how much of a soldier you really are when you don't have thousands of other cult members backing you up. Treason is punishable by death.

Reply to customer

---

**form-processor** <no-reply@multiscreensite.com>       Wed, Jan 20, 2021 at 10:51 AM
To: wmcalhoun@gmail.com, katie@staylisted.com

Form Response Notification

The following form has been submitted from your website - http://www.lawyeramericusga.com.
First Name: john
Last Name: ▉▉▉▉
Phone: ▉▉▉▉▉▉
Email: ▉▉▉▉▉▉▉
Message: Im a vietnam vet where we fought for democracy.
Its difficult for vets to see self seving actions such as yours at my Capitol building.
God Bless America and President Biden.

Reply to customer

---

**form-processor** <no-reply@multiscreensite.com>       Wed, Jan 20, 2021 at 2:02 PM
To: wmcalhoun@gmail.com, katie@staylisted.com

Form Response Notification

The following form has been submitted from your website - http://www.lawyeramericusga.com.