

**DEFENDANT'S EXHIBIT**

tabbies

## <u>UNITED STATES v. CALHOUN</u>

### <u>5:21-mj-8</u>

### <u>DEFENSE EXHIBIT 2 (en globo)(37pp)</u>

## AFFIDAVIT OF *ANNE W. GELFOEL*

**BEFORE ME,** the undersigned authority first appeared
_1-18-21_, and upon being first sworn upon oath, deposes and states as
follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

*SEE ATTACHED* Ω Ω Ϟ

NAME: _____

Sworn to and subscribed before me
This _18_ day of _Jan_ 2021.

_____
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000002

I met Mr. Calhoun in 2016 when he joined my husbands' music group and began coming to the house on a regular basis. I immediately liked him + his wit & intelligence make him a great conversationist. His kindness makes him a great listener. He is one of our closest friends and one of the best men I have ever known.

Anne W Gisfvil
Professor Emeritus
University of Virginia

Bobby Hancock-Harris

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

000003

## AFFIDAVIT

STATE OF GEORGIA

COUNTY OF HALL

Personally appeared **Kathrine Ansley Vickers**, now residing at ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ who personally knows William McCall Calhoun, Jr. and who being duly sworn by the undersigned notary public, hereby deposes and says that the contents of this affidavit are true and correct:

1.  I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

2.  I have known William McCall Calhoun, Jr. and his family all of my life having attended family gatherings, social events, and general gatherings.

3.  I have never known or witnessed William McCall Calhoun, Jr. to be aggressive, dangerous, or violent.

4.  I do not believe that William McCall Calhoun, Jr. is a flight risk or would be a danger to society while he faces the charges against him in the United States District Court for the District of Columbia.

5.  I do know that if William McCall Calhoun, Jr. is denied bail/bond and is held while facing the charges, he and his family will face financial hardships that would be devastating and unfair.

Dated this $\underline{18^{th}}$ day of January , 2021.

DEPONENT:

_Jatt riee Ausle yVickers_
KATHRINE ANSLEY VICKERS

Sworn to and signed before me
this $\underline{18^{th}}$ day of January, 2021.

_____
NOTARY PUBLIC
Affix Seal
My Commission expires: $\underline{08 \cdot 27 \cdot 2023}$

KHADIJA ALI
Commission Expires
NOTARY PUBLIC
GEORGIA
08-27-2023
FORSYTH COUNTY

000004

<u>AFFIDAVIT</u>

STATE OF GEORGIA

COUNTY OF HALL

Personally appeared **Lynn Ansley**, now residing at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who personally and professionally knows William McCall Calhoun, Jr. and who being duly sworn by the undersigned notary public, hereby deposes and says that the contents of this affidavit are true and correct:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

2. I have known William McCall Calhoun, Jr. and his family all of my life having attended family gatherings, social events, and general gatherings.

3. I was William McCall Calhoun, Jr.'s legal secretary from 1993 to June 1996. While working in the office, I managed his professional accounts payable and receivable, his personal payable accounts, and his personal and professional schedule. All transactions were legal and proper.

4. I have never known or witnessed William McCall Calhoun, Jr. to be aggressive, dangerous, or violent.

5. I do not believe that William McCall Calhoun, Jr. is a flight risk or would be a danger to society while he faces the charges against him in the United States District Court for the District of Columbia.

6. I do know that if William McCall Calhoun, Jr. is denied bail/bond and is held while facing the charges, he and his family will face financial hardships that would be devastating and unfair.

Dated this __18th__ day of January , 2021.

DEPONENT:

_____
LYNN ANSLEY

Sworn to and signed before me
this __18th__ day of January, 2021.

_____
NOTARY PUBLIC
Affix Seal
My Commission expires: __08.27.2023__

000005

AFFIDAVIT OF *Brian S. Turner*

BEFORE ME, the undersigned authority first appeared
*1/18/21*, and upon being first sworn upon oath, deposes and states as
follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

I Have known McCall for
many years. Wonderful Person has
been supported of me in Alot ways

He has been A stand up guy in
the community for years. He has helped
Alot of people of All colors. we have been
Friends for over 25 years

NAME:

Sworn to and subscribed before me
This **18** day of **Jan** 2021.

*Buddy Hancock Harris*
Notary Public
My commission expires

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000006

AFFIDAVIT OF _Cristin Marie Breedlove_

BEFORE ME, the undersigned authority first appeared
_1-18-21_____, and upon being first sworn upon oath, deposes and states as
follows:

1.   I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

My experience with William McCall Calhoun
has always been pleasent. He's an
outstanding citizen who is a southerner that
love his country.

_Cristin B_____
NAME:

Sworn to and subscribed before me
This _18_ day of _JAN_ 2021.

_Bobby Hancock-Harris_
Notary Public
My commission expires

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000007

AFFIDAVIT OF Camille English

BEFORE ME, the undersigned authority first appeared 1-19-2021 , and upon being first sworn upon oath, deposes and states as follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I have known McCall Calhoun my entire life. He is my first cousin and our family was close growing up. I can attest to his character not just from our younger years together, but also from our relationship as adults. He is a committed cousin, son, grandson, and father. I have never known McCall to be violent but instead compassionate and caring. When my father passed he assisted my mother with his will and other tasks. He also helped finish outstanding tasks for my dad's law practice. He is also willing to help friends and family in times of need.

McCall loves our country and like many of us are passionate about our country's future. He has an excellent knowledge of government and the laws and I truly believe he had no ill will in his actions.

NAME: *Camille English*

Sworn to and subscribed before me
This 19 day of January 2021.

Notary Public
My commission expires:
Stamp or seal:

ARRIK MOUSER
NOTARY
EXPIRES
GEORGIA
OCTOBER 20, 2023
PUBLIC
COBB COUNTY

AFFIDAVIT OF *Charles Israel*

BEFORE ME, the undersigned authority first appeared
_1-18-21_, and upon being first sworn upon oath, deposes and states as
follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

I have know McCall about 40 years and
always considers him to be of good
Charter.   He help me with my oldest son
when he got in trouble with the law for
drugs and allowed me to pay later, for this
I will always be greatful

NAME: _____

Sworn to and subscribed before me
This _18_ day of _Jan_ 2021.

_____
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000009

AFFIDAVIT OF ___by Claudia S DeSeer___
___RE: McCall Calhoun___

BEFORE ME, the undersigned authority first appeared
___Claudia S DeSeer___, and upon being first sworn upon oath, deposes and states as
follows:

1.    I am over the age of 21, am *sui juris,* and I have personal knowledge of
the matters contained herein.

McCall Calhoun practices law in Americus, GA.
My understanding is that he is an excellent attorney.
He has always been a person of high moral
standards in my opinion. I have been proud of
his concern for people. He has always tried to
live up to high moral standards.

McCall is my nephew, son of my sister-in-law.
He has always been a positive fun light in my life
and as he grew up I was so proud of his respectful
attitude.
    I have known him from birth and have great
respect for him.

___Claudia S DeSeer___
NAME:

Sworn to and subscribed before me
This 19th day of January 2021.

_____
Notary Public
My commission expires: 7-11-2023
Stamp or seal:

JENNIFER B SHELNUTT
Notary Public - State of Georgia
Cherokee County
My Commission Expires Jul 11, 2023

AFFIDAVIT OF _Jerry J. Sanders, Ed. S._

BEFORE ME, the undersigned authority first appeared _1/18/2021_, and upon being first sworn upon oath, deposes and states as follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

William McCall Calhoun is a gentle kind citizen. As an African-American pastor, McCall has been so supportive of my ministry. Overall, I must note the he is not what many are attempting to potray him as. He is a man with great integrity. I respect and look up to him.

NAME:

Sworn to and subscribed before me
This __18__ day of __Jan__ 2021.

Notary Public
My commission expires: _____

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000011

AFFIDAVIT OF _Joan K Waller_

BEFORE ME, the undersigned authority first appeared
_1-18-2021_, and upon being first sworn upon oath, deposes and states as
follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

McCall Cahdin — is An honest — responsibl
Citizen — who loves his Country — County —
And City — He has such love for his friends
And Country and Family — I have Known this
Person since 1967 — He is true to his word —
And to his family — He cares — respects —
And is an honorable citizen and most a
true friend

_Jon K Waller_
NAME:

Sworn to and subscribed before me
This _15_ day of _Jan_ 2021.

_Bobby Hancock-Harris_
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000012

AFFIDAVIT OF Johnnie Waller

BEFORE ME, the undersigned authority first appeared
1-18-2021 , and upon being first sworn upon oath, deposes and states as
follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

McCALL is A Honist - Respoŧxble MAN
WiLL do AnyThing the cAn To Help you — A Very
good Friend

NAME:

Sworn to and subscribed before me
This _____15_____ day of ____JAN____ 2021.

Notary Public
My commission expires:          Notary Public - Sumter County, Georgia
                                My Commission Expires October 30, 2021

Stamp or seal:

000013

AFFIDAVIT OF *Ken Daniel*

**BEFORE ME,** the undersigned authority first appeared
___*1-18-21*___, and upon being first sworn upon oath, deposes and states as follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

*I have known McCell for 45+ years. He is a fine man. He is always happy to help me anytime I need law advice.*

_____
NAME:

Sworn to and subscribed before me
This __*18*__ day of __*Jan*__ 2021.

*Bobby Hancoc K. Harris*
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000014

AFFIDAVIT OF *Melanie S Hawkins*

    BEFORE ME, the undersigned authority first appeared ___1-18-21___, and upon being first sworn upon oath, deposes and states as follows:

    1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

*See attached.* MSH

*Melanie S Hawkins*

NAME:

Sworn to and subscribed before me
This ___18___ day of ___Jan___ 2021.

*Bobby Hancock·Harris*

Notary Public
My commission expires:

Notary Public · Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000015

1/18/2021

Melanie S. Hawkins

I became acquainted with McCall Calhoun in September 2019 when my first cousin was arrested on charges of elder abuse involving my aunt. Mr. Calhoun chose to represent my cousin even though he was unemployed and not likely to be able to provide payment in a timely manner. Mr. Calhoun diligently represented him as the case stretched on for months and the charges were eventually dropped. Mr. Calhoun also assisted my cousin in his personal life by demonstrating loyal friendship and perseverance both during and after the legal process. Mr. Calhoun's dedication was evident during the times I met with him to discuss my cousin's case. I have known his sisters for many years and during this time have heard of his devotion to his family members.

*Melanie S. Hawkins*

*Bobby Vancoc K. Harris*

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

AFFIDAVIT OF *Mark Issur*

BEFORE ME, the undersigned authority first appeared _1-18-21_____, and upon being first sworn upon oath, deposes and states as follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

*SEE Attached*

NAME:

Sworn to and subscribed before me
This __18__ day of __Jan__ 2021.

Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000017

Hello,

My name is Mark Israel. I reside in Sumter county Georgia within a mile of where my family settled around 236 years ago. I am also a life long Sumter county resident. I've known McCall Calhoun since I was 6 years old. He and I started school together at Southland Academy in Americus Georgia the city McCall grew up in and where he now practices law today. I've known Mr. Calhoun basically my entire life. As an adult I have always known him to be a reliable and responsible person. A man of the law he practices. He is grounded in Americus Georgia along with his elderly mother of which he is the primary caregiver. My lifelong impression of McCall is that he is an honest and dependable citizen of Sumter county that to my knowledge has never given anyone a reason to think otherwise. I've been asked a few times to write "character letters" before. This one is the only one I have ever felt was worthy of a response. I have faith that McCall will do what the court asks him to without question.

Thanks for your time, and thank you for considering my words.

*[signature]*

*[signature]* Bobby Hancock-Harris

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

AFFIDAVIT OF *Nancy White Labed*

BEFORE ME, the undersigned authority first appeared
_1/18/2021_, and upon being first sworn upon oath, deposes and states as
follows:

1.   I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

*I've known McCall Calhoun for
over 40 years a great lawyer and
friend to everyone.*

_Nancy White-Labed_

NAME:

Sworn to and subscribed before me
This _18_ day of _Jan_ 2021.

_Bobby Hancock K. Harris_

Notary Public

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

My commission expires:

Stamp or seal:

000019

AFFIDAVIT OF _Normal Wall_

BEFORE ME, the undersigned authority first appeared _1-18-21_, and upon being first sworn upon oath, deposes and states as follows:

1.     I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I have Known McCall Calhoun Since he was in Kindergarten. He is a fine young man, Never Known for any violent behavior. He is a law abiding citizen, love his country & patriotic. He is not capable of ANY unlawful behavior.

NAME: _Normal Wall_

Sworn to and subscribed before me
This __18__ day of __Jan__ 2021.

_Bobby Hancock-Harris_

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Notary Public
My commission expires:

Stamp or seal:

000020

AFFIDAVIT OF _Patrick Shumake_

BEFORE ME, the undersigned authority first appeared _1-18-21_, and upon being first sworn upon oath, deposes and states as follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I have known McCall for most of my life. We went to school together. As an adult he has represented me in court as a client. He is a fine lawyer and a better friend. Having him back in Americus practicing law is my wish in regards to this matter. He is a good citizen.

_Patrick Shumake_
NAME:

Sworn to and subscribed before me
This _18_ day of _JAN_ 2021.

_Bobby Hancock-Harris_
Notary Public
My commission expires:    Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000021

## AFFIDAVIT OF *Richard Hawkins*

BEFORE ME, the undersigned authority first appeared _1-18-21_, and upon being first sworn upon oath, deposes and states as follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

*See attached* *RD*

NAME: _____

Sworn to and subscribed before me
This __18__ day of __JAn__ 2021.

*Bobby Hancock · Harris*
Notary Public
My commission expires: _____

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000022

1/18/2021

I am Richard L. Hawkins, Jr. I first met McCall Calhoun in 1984 as we crossed paths as musicians. Although we have met, I have rarely been in his presence or communicated with him. I have however known of him for all of these years and have never heard a derogatory word about him. Because of this I have always respected him. That respect grew in 2019-20 as he represented a family member. During that case I found McCall to be very open and honest, providing effective counsel, which led to the charges being dropped. I was very impressed with the respect he showed us all.

My Commission Expires October 30, 2021
Notary Public - Sumter County, Georgia

AFFIDAVIT OF _Reggie Larkin_

____ BEFORE ME, the undersigned authority first appeared _Jan 18, 2021_, and upon being first sworn upon oath, deposes and states as follows:

    1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

Whereas And To Whom it May Concern, I have known McCall Calhoun Jr. 43 years and know him to be of Fine Reputable Character. Firmly Believes in His Religious And Political Veiws —

I have never known of him to do Harm and Always Lent a Helping Hand Where. Needed —

A Top Notch Attorney and A True American Patriot in every Sense of The Word!

NAME: _Reggie Larkin_

Sworn to and subscribed before me
This _18_ day of _Jan_ 2021.

_Bobby Hancock-Harris_
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000024

AFFIDAVIT OF _Scott D. Wall_

**BEFORE   ME,**   the   undersigned   authority   first   appeared
_Scott D Wall_, and upon being first sworn upon oath, deposes and states as
follows:

1.   I am over the age of 21, am *sui juris*, and I have personal knowledge
of the matters contained herein.

I have known William McCall Calhoun Jr. for
over fifty years. We have been friends since the age of
five and have remained friends ever since.

I have known McCall to be peace loving, honest
and honorable as well as being a trusted friend,
a loving father, a supportive brother and a devoted
son.

I also know McCall to be an excellent lawyer
and honest business man.

McCall has always held the law in the highest esteem,
been a loyal citizen and been faithful to the United States
constitution.

It has been my life long priveledge to call him friend.

NAME: _Scott Wall_

Sworn to and subscribed before me
This __19th__ day of _January_ 2021.

_Anita Bosch_
**Notary Public**
My commission expires:



ANITA BOSCH
Notary Public, Georgia
Lowndes County
My Commission Expires
July 24, 2022

AFFIDAVIT OF DONALD C. EVANS, JR.

BEFORE ME, the undersigned authority first appeared Donald C. Evans, Jr., and upon being first sworn upon oath, deposes and states as follows:

I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I am an attorney practicing in eminent domain throughout the State of Georgia.  I graduated the University of Georgia Law School in 1990 and spent two years as law clerk to Judge Harold Murphy in the Rome Division of the Northern District of Georgia.

Among others I currently have 9 cases before Judge Eleanor Ross in the Atlanta Division of the

I met McCall Calhoun at the University of Georgia Law School in 1987, and we graduated together in the Class of 1990.

I have kept in touch with McCall and his family since that time and over the years.

I attended McCall's wedding in Athens, Georgia in 1992 and he and his wife attended my wedding in Eigeltingen, Germany in 1993.

During 1997 we collaborated on a successful action against the Sherriff of Sumter County who was charging a unilateral "surcharge" on bonds, obtained relief for those adversely affected, and ended the wrongful practice.

I am familiar with McCall's professional and personal life and interests, and none of these have included violent behavior of any kind.

Over the past year McCall has been increasingly concerned about censorship, and gun rights, but these views have always been based on genuine concerns about the First and Second Amendments of the U.S. Constitution.

I am confident that if allowed bond McCall will appear wherever and whenever required by a Court.  He always shows up.

I am confident that if allowed bond McCall will not commit any crimes, or threaten witnesses, and will follow any instructions given to him to by the Court.

_____
Donald C. Evans, Jr.

Sworn to and subscribed before me
This __19__ day of January 2021.

_____
Notary Public
My commission expires:
Stamp or seal:

AFFIDAVIT OF ___Tommy Reddish___

    BEFORE    ME,   the   undersigned   authority   first   appeared
___1-18-21___, and upon being first sworn upon oath, deposes and states as follows:

    1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

Mccall is a good Person he is well Liked by many People in americus and other towns as well. He is a pillow to the city of americus he has done plenty of good deeds

___Tommy Reddish___
NAME:

Sworn to and subscribed before me
This ___18___ day of ___JAN___ 2021.

___Bobby Hancock-Hurst___
Notary Public
My commission expires:

    Notary Public - Sumter County, Georgia
    My Commission Expires October 30, 2021

Stamp or seal:

000028

AFFIDAVIT OF _Virginia LaBella_

BEFORE ME, the undersigned authority first appeared _1-18-2021_, and upon being first sworn upon oath, deposes and states as follows:

1.     I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I am McCall's sister, and he has been a wonderful brother. He has always been there for me, and has always been supportive. I am very proud of him because he is intelligent, strong, courteous, and driven. He has always made me very proud, because he is a man of his word, and has honesty and integrity. He has made an excellent lawyer, and has helped so many people in the community; whether they could pay up front or not. He has helped all races, cultures, and walks of life, and I am glad to say that he is my brother.

NAME: _Virginia C. LaBella_

Sworn to and subscribed before me
This ___16___ day of ___Jan___ 2021.

_Bobby Hancock Harris_

Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000029

AFFIDAVIT OF _WALTER STAPLETON JR._

BEFORE ME, the undersigned authority first appeared _1-18-21_, and upon being first sworn upon oath, deposes and states as follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

_SEE ATTACHED_ WS

NAME: _____

Sworn to and subscribed before me
This _18_ day of _JAN_ 2021.

_Bobby Hancock-Harris_

Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000030

I graduated from Auburn U. in 1969 with a Bus. Ad. degree — major in finance. I retired with 30 yrs. of service from the Bell South Telephone Co. In 1975 I was moved from Gainesville to Albany to take over the test center with 22 employees & 6 supervisors. I totally established my family & my home in Americus. My daughters became friends with Adne, Trin & Virginia Calhoun, daughters of an old, established family of Americus (although originally from Buena Vista). I became personally acquainted with McCall Calhoun, because he would bring his sisters over to spend the night. I was impressed with his intelligence, quick wit and love for his family. So, I have known McCall for 45 yrs., and I consider myself a good judge of character. We rebonded in 2016 through music. We currently play together. We play Christian & blue grass music, & we continue until this day. He is considered in our community Americus, a highly skilled legal expert, & I his cherish his friendship & kindness he shown me over the years.

Yours truly,
W. A. S., Jr.

Bobby Hancock Warren

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

000031

AFFIDAVIT OF *JoAnn L. Chappell*

BEFORE ME, the undersigned authority first appeared
*1-19-2021*, and upon being first sworn upon oath, deposes and states as follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

My son William McColl Calhoun
is a good man; he has always been
a wonderful son. (My only son) He
has been a very successful student,
going through the University of Georgia,
achieving to get three degrees. He
borrowed student loans and our family
helped. I also have three daughters
who worked through higher education.
I was a public school teacher with
Sumter County public
schools for many years. I have always been
so proud of him. He

NAME: *JoAnn L. Chappell*

Sworn to and subscribed before me
This ___19___ day of *January* 2021.

_____
Notary Public

My Commission expires:
Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:
000032

is a successful and
respected lawyer here in
Americus, Georgia and has
many friends. He is a
criminal lawyer, as my Father
was here.

AFFIDAVIT OF _Anne C. Davis_

BEFORE ME, the undersigned authority first appeared _1-19-21_____, and upon being first sworn upon oath, deposes and states as follows:

1.  I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I, Anne Calhoun Davis, am McCall Calhoun's sister. McCall is a great person, and he is very well respected in our community. He works very hard for his clients, and he is needed by the community for legal services. To the best of my knowledge, there is only one other criminal defense lawyer in town at this time. I have worked for McCall in past years, and I know for fact that he is honest, loyal and loves his country. Our family has always been very proud of McCall, and we too have a great love and respect for our country.

NAME: _Anne C. Davis_

Sworn to and subscribed before me
This _19_ day of _Jan_ 2021.

_____
Notary Public
My commission expires:

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:
000033

AFFIDAVIT OF *Virginia C. LaBella*

BEFORE ME, the undersigned authority first appeared _1-19-2021_, and upon being first sworn upon oath, deposes and states as follows:

1.    I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

I am McCall Calhoun's sister, and I was a witness to the harrassing phone messages and threats left on voice mail at the office of McCall Calhoun. I listened to them with my sister, Anne, at my side in the office.

*Virginia C. LaBella*
NAME:

Sworn to and subscribed before me
This _19_ day of _Jan_ 2021.

_Bobby Hancock K. Harris_
Notary Public
My commission expires: _____

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

Stamp or seal:

000034

 **Gmail**        **Anne** ▇

## Bail Bond Letter, McCall Calhoun

2 messages

---

**Rusty Wright** <▇▇▇.com>          Mon, Jan 18, 2021 at 12:47 PM
To: ▇▇▇.com

> 
> 
> 
> Hon Charles W. Weigle
> United States Magistrate
> Middle District of Georgia
> PO Box48
> Macon, Georgia  31202
> 
>     Re:  Bail Bond, W. McCall Calhoun
> 
>     Dear Judge Weigle,
> 
>     Please consider this letter to be a recommendation for the release on bail of McCall Calhoun who I understand will appear before Your Honor on January 20, 2021.
>     I have known Mr. Calhoun for well over 25 years.  I have worked with him as co-counsel on several cases in the South Georgia area and have also had the opportunity to observe him at numerous court appearances.  He has always provided excellent
> Representation for his clients.
>     I am also well acquainted with Mr. Calhoun's family, all of whom live in Georgia.
> He has a permanent residence and law practice in the Middle Georgia District and I believe he will be a minimal also flight risk.  Because of my experience with Mr Calhoun I also feel he is no risk of committing any additional crimes or being a danger to the community in general.
>     Please take this letter into consideration in determining the release of Mr Calhoun under any conditions that the Court may see fit.
>                          Respectfully submitted,
>                          G. Russell Wright
>                          Attorney at Law
> 
> 
> 
> 

---

**Anne** ▇▇▇          Mon, Jan 18, 2021 at 3:42 PM
To: wmcalhoun@gmail.com

[Quoted text hidden]

*Notary Public* - Sumter County, Georgia
My Commission Expires October 30, 2021

000035

AFFIDAVIT OF *Anne C. Davis*

BEFORE ME, the undersigned authority first appeared _1-19-21_____, and upon being first sworn upon oath, deposes and states as follows:

1. I am over the age of 21, am *sui juris*, and I have personal knowledge of the matters contained herein.

A number of threatening and harrassing phone calls were made to McCall Calhoun's Law office at 423 South Lee Street. My sister, Virginia Calhoun LaBella, listened to the calls with me as a witness. I have attached a list of names (if available), phone numbers (unless listed as a private number), dates and times. All threatening calls were received after 01-06-21. Mr. Calhoun's former Secretary, Melanie Barnes, said there were other threatening calls between 01-06-21 and 01-__-21 but are not retrieveable from the answering machine.

Anne C. Davis

NAME:

Sworn to and subscribed before me
This _19_ day of _Jan_ 2021.

Notary Public
Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021

My commission expires:

Stamp or seal:

000036



# FAMILY FOOT & ANKLE CENTER

LEONARD R. LaRUSSA, D.P.M., F.A.P.W.C.A.

201 A Rees Street
Americus, Georgia 31709
Telephone (229) 931-0505
Fax: (229) 931-0509

01/19/2021

To Whom It May Concern:

I have had the pleasure of knowing McCall Calhoun since he first became a patient in my practice in May 2018.  He has been back to the office on several occasions since.   I have also had the opportunity to ask legal advice of him.  Mr. Calhoun was very willing to help with his advice without compensation.

He has served our community as a criminal defense attorney for many years.    I know that he works hard on his cases, and often with little compensation.  He takes his practice serouusly.

Mr. McCall Calhoun is a legal practitioner who has served Sumter County generously for many years.  He is known by me to be honest, and truly cares about people.  I believe he will fllow through with the requests of the court in a professional manner.

Sincerely,

Leonard R. La Russa, DPM

1/20/21

HELEN BOOKER Vickery

000037