# AFFIDAVIT OF MELANIE BARNES

My name is Melanie Barnes. I am of sound mind, and swear that the following is a true statement, and based upon personal knowledge and personal observation.

I know McCall Calhoun as an attorney practicing in Americus, GA, who handles criminal cases. I worked as his secretary up until just a few days ago. I was working as his secretary during the period between January 6 and January 12th, 2021. My duties included answering the telephone, checking and responding to voicemail messages on the office phone, and checking the office email.

After January 6, 2021, the office received phone calls from people who said hateful and threatening things to and about Mr. Calhoun. The office also received similar voicemail messages and emails. The voicemails and emails were saved as part of the routine way we ran the office. On January 7th, 2021, as I was leaving the office, a man came to the office and asked if Mr. Calhoun was there. I told him he was not, and the man asked when he would be back. The man was not a client of Mr. Calhoun's and I did not otherwise recognize him. I told him I did not know when Mr. Calhoun would return and I left.

I spoke with Mr. Calhoun's sister 3 times during the week of January 11-15, 2021, and each time I spoke with her she stated that Mr. Calhoun had been in and out of the office.

I, Melanie Barnes, once again swear that the information in my sworn statement above is accurate and based upon my own personal observation.

I so swear, this 20th day of January, 2021.

*Melanie Barnes*
Melanie Barnes

---

**GEORGIA NOTARY ACKNOWLEDGMENT**

State of Georgia, County of Sumter

This instrument was acknowledged before me this __20__ day of __Jan__ (month), __21__ (year), by _____ (name of signer).

__X__ Personally Known          _____ Produced Identification

Type and # of ID _____ (Seal)

*Bobby Hancock-Harris*

(Signature Notary)

*Bobby Hancock K. Harris*

(Name of Notary Typed, Stamped or Printed)

Notary Public, State of Georgia

Notary Public - Sumter County, Georgia
My Commission Expires October 30, 2021