USA

v

**WILLIAM MCCALL CALHOUN, JR.**

**CASE NO: 5:21-MJ-00008-CHW-1**

**Government's Exhibits**



| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|-----|-------------|------------|----------|
|  |  |  |  |
| 1 | Screenshot FB | SA Armentrout | yes |
| 2 | Screenshot FB | SA Armentrout | yes |
| 3 | Screenshot FB | SA Armentrout | yes |
| 4 | Screenshot FB | SA Armentrout | yes |
| 5 | Screenshot FB | SA Armentrout | yes |
| 6 | Screenshot FB | SA Armentrout | yes |
| 7 | Screenshot FB |  |  |
| 8 | Video-Business Insider   Screenshot | SA Armentrout | yes |
|  |  |  |  |
| 35 | Mr. Scott's Video (contains Calhoun's Video) | SA Armentrout | yes |
| 35a | Transcript of 35 audio | SA Armentrout | yes |
|  |  |  |  |
| 34 | Video | SA Armentrout | yes |
| 30 | Screenshot of 34 video | SA Armentrout | yes |
|  |  |  |  |
| 29-Sep | Twitter Posts Feb 28 | SA Armentrout | yes |
|  |  |  |  |
| 31 | Picture - Search Warrant | SA Armentrout | yes |
| 32 | Picture - Search Warrant | SA Armentrout | yes |
|  |  |  |  |
|  |  |  |  |
| Witness | SA Timothy Armentrout, FBI |  |  |
|  |  |  |  |
|  |  |  |  |
| 33 | NO MENTION |  |  |

USA

v

WILLIAM MCCALL CALHOUN, JR.

CASE NO: 5:21-MJ-00008-CHW-1



Government's Exhibits

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |