Transcript of video filmed by William McCall Calhoun Jr.

Transcript completed by:  Special Agent Timothy Armentrout, FBI

Transcript completed on January 20, 2021

**Calhoun:**  Capitol… the crowds really, they're taking it back.

*Background crowd noise*

*At :25 secs video goes silent and shows social media posting comments.*

*At :39 seconds video inside capitol continues with background noise*

**Calhoun:**  (@ :49seconds) Looks like we are about to push through these cops…. We'll see what
happens. Crowd's really pissed.

Background noise: "fuck the deep state, we'll fucking go to war"



GOVERNMENT
EXHIBIT
35a